People v Uddin (2022 NY Slip Op 50955(U))

[*1]

People v Uddin (Afm)

2022 NY Slip Op 50955(U) [76 Misc 3d 136(A)]

Decided on September 30, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 30, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

570333/18

The People of the State of New York,
Respondent, 
against
Afm S. Uddin, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Barbara F. Newman, J.H.O.), rendered May 2, 2018, convicting him, upon his plea
of guilty, of violating Public Health Law § 229, and imposing sentence.

Per Curiam.
Judgment of conviction (Barbara F. Newman, J.H.O.), rendered May 2, 2018, reversed, on
the law, accusatory instrument dismissed, and fine remitted.
The record fails to establish that defendant understood the nature of the offense to which he
was pleading, and that his plea was knowing, intelligent and voluntary (see People v
Conceicao, 26 NY3d 375, 383-384 [2015]). Inasmuch as defendant has served his sentence,
we dismiss the accusatory instrument in lieu of ordering a new trial. We note that the People
have declined to submit a respondent's brief on this appeal.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 30, 2022